EVELYN C. SCOTT, Respondent, *v.* PRESS PUBLISHING
COMPANY, Appellant.

*Libel* — *publication in newspaper of article falsely describing plaintiff,
under her former stage name, as a dissipated and disreputable woman
— defense that publication was fair report of judicial proceeding
following arrest of a woman giving name formerly used by plaintiff
as stage name.*

*Scott* v. *Press Publishing Co.*, 203 App. Div. 894, affirmed.
(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered November 28, 1922, affirming a judgment in
favor of plaintiff entered upon a verdict in an action
for libel. The complaint alleged that defendant pub-
lished in one of its papers an article purporting to
describe an incident which took place in a Magistrate's
Court of the city of New York wherein plaintiff, under
her former stage name, was falsely described as living
a dissipated and disreputable life. The defendant's
amended answer, in addition to a general denial of the
material allegations of the complaint, set forth certain
affirmative defenses, to wit, that of privilege based upon
a fair and substantially true report of a judicial pro-
ceeding and a partial defense in mitigation and also
reduction of damages setting forth the history of the
plaintiff's career, and the appropriation by the woman
in the Night Court of the plaintiff's life story and the
name "Evelyn Granville," which led to the publication ·
complained of. The amended answer then alleged and
set forth the subsequent publication by defendant of
a retraction. `

*Charles B. Brophy* for appellant.

*Andrew Byrne* and *Mirabeau L. Towns* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-
LIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.